USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 3/11/05

STANTON, J.

Scott D. Musoff (SM 2965)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-7852

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY KOSSEFF, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

FOX ENTERTAINMENT GROUP, INC., et al.,

Defendants.

05cv 1942
05:CV:1497 (LLS)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for undersigned parties that the time for Defendants to answer, move or otherwise respond to the complaint in the above-referenced action is extended from March 10, 2005 through and including April 11, 2005. This is the first request for an adjournment.

Dated: New York, New York
March 10, 2005

Scott D. Musoff (SM 2965)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-7852

Attorneys for Defendants
K. Rupert Murdoch, Peter Chernin,
David F. Devoe, Arthur M. Siskind,
Lachlan K. Murdoch, and News Corporation

Richard B. Brualdi (RB 1304)
Gaitri Boodhoo
THE BRUALDI LAW FIRM
29 Broadway, Suite 2400
New York, NY 10006
(212) 952-0602

Attorneys for Plaintiffs

Michael J. Chepiga (MC 9168)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2598

Attorneys for Defendants Fox Entertainment Group, Inc., Christos M. Cotsakos, and Peter Powers

SO ORDERED:

Louis L. Stanton
U.S.D.J.

DATED: New York, New York
March 10, 2005