STANTON J.

Richard B. Brualdi (RB-1304)
Gaitri Boodhoo (GB-0643)
**THE BRUALDI LAW FIRM**
29 Broadway, Suite 2400
New York, New York 10006
Telephone:   (212) 952-0602
Facsimile:   (212) 952-0608

Robert I. Harwood (RH-3286)
Jeffrey M. Norton (JN-4827)
**WECHSLER HARWOOD LLP**
488 Madison Avenue
New York, New York 10022
Telephone:   (212) 935-7400
Facsimile:   (212) 753-3630

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/05

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

GARY KOSSEFF, on behalf of himself      :      05 CV 1942 (LLS)
and all others similarly situated,
                                        :      ECF CASE

                    Plaintiff,          :

          -against-                     :

FOX ENTERTAINMENT GROUP, INC., K        :
RUPERT MURDOCH, PETER CHERNIN,
DAVID F. DeVOE, ARTHUR M. SISKIND,      :      **STIPULATION OF**
LACHLAN K. MURDOCH, CHRISTOS M.                **DISMISSAL PURSUANT TO**
COTSAKOS, PETER POWERS, AND             :      **FRCP 41(a)(1)(ii)**
NEWS CORPORATION,
                                        :
                    Defendants.
                                        :

---------------------------------------------------------x

The above-entitled action having become moot by virtue of a settlement of a

similar action in the Delaware Court of Chancery, In Re Fox Entertainment Group, Inc.

Shareholders Litigation, Consolidated C.A. No. 1033-N, and no party hereto being an

infant, incompetent for whom a committee has been appointed or conservatee, it is
hereby stipulated and agreed by and between the attorneys for the respective parties
herein that the above-entitled action be and the same hereby is dismissed without
prejudice and without costs to either party as against the other, upon the filing of this
stipulation with the clerk of the court pursuant to Rule 41(a)(1)(ii) of the Federal Code of
Civil Procedure.

SO STIPULATED:

Dated: April 7, 2005

THE BRUALDI LAW FIRM

By: Richard B. Brualdi (RB-1304)
29 Broadway, 24th Floor
New York, New York 10006
(212) 952-0602

*Counsel to Plaintiff*


Dated: April ___, 2005

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP


By: Scott D. Musoff (SM-2965)
Four Times Square
New York, New York 10036
(212) 735-7852

*Counsel to Defendants*
*News Corporation, Fox Acquisition*
*Corp., K. Rupert Murdoch, Peter Chernin,*
*David F. Devoe, Arthur M. Siskind,*
*and Lachlan K. Murdoch*


Dated: April 7, 2005

WECHSLER HARWOOD LLP

By: Jeffrey M. Norton (JN-4827) / Gaitri Boodhoo by
                                    permission
488 Madison Avenue
New York, New York 10022
(212) 909-6000

*Counsel to Plaintiff*


Dated: April ___, 2005

SIMPSON THACHER
  & BARTLETT LLP


By: Michael J. Chepiga (MC-4168)
    Brijesh P. Dave (BD-5036)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel to Defendants*
*Fox Entertainment Group,*
*Inc., Christos M. Cotsakos,*
*and Peter J. Powers*

infant, incompetent for whom a committee has been appointed or conservatee, it is hereby stipulated and agreed by and between the attorneys for the respective parties herein that the above-entitled action be and the same hereby is dismissed without prejudice and without costs to either party as against the other, upon the filing of this stipulation with the clerk of the court pursuant to Rule 41(a)(1)(ii) of the Federal Code of Civil Procedure.

SO STIPULATED:

Dated: April ___, 2005

THE BRUALDI LAW FIRM

_____
By: Richard B. Brualdi (RB-1304)
29 Broadway, 24th Floor
New York, New York 10006
(212) 952-0602

*Counsel to Plaintiff*

Dated: April ___, 2005

SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP

_____
By: Scott D. Musoff (SM-2965)
Four Times Square
New York, New York 10036
(212) 735-7852

*Counsel to Defendants*
*News Corporation, Fox Acquisition*
*Corp., K. Rupert Murdoch, Peter Chernin,*
*David F. Devoe, Arthur M. Siskind,*
*and Lachlan K. Murdoch*

Dated: April ___, 2005

WECHSLER HARWOOD LLP

_____
By: Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
(212) 909-6000

*Counsel to Plaintiff*

Dated: April 7, 2005

SIMPSON THACHER
    & BARTLETT LLP

_____
By: Michael J. Chepiga (MC-4168)
    Brijesh P. Dave (BD-5036)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel to Defendants*
*Fox Entertainment Group,*
*Inc., Christos M. Cotsakos,*
*and Peter J. Powers*

infant, incompetent for whom a committee has been appointed or conservatee, it is hereby stipulated and agreed by and between the attorneys for the respective parties herein that the above-entitled action be and the same hereby is dismissed without prejudice and without costs to either party as against the other, upon the filing of this stipulation with the clerk of the court pursuant to Rule 41(a)(1)(ii) of the Federal Code of Civil Procedure.

SO STIPULATED:

Dated: April ___, 2005

THE BRUALDI LAW FIRM

_____
By: Richard B. Brualdi (RB-1304)
29 Broadway, 24th Floor
New York, New York 10006
(212) 952-0602

*Counsel to Plaintiff*

Dated: April 7, 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

_____
By: Scott D. Musoff (SM-2965)
Four Times Square
New York, New York 10036
(212) 735-7852

*Counsel to Defendants*
*News Corporation, Fox Acquisition*
*Corp., K. Rupert Murdoch, Peter Chernin,*
*David F. Devoe, Arthur M. Siskind,*
*and Lachlan K. Murdoch*

Dated: April ___, 2005

WECHSLER HARWOOD LLP

_____
By: Jeffrey M. Norton (JN-4827)
488 Madison Avenue
New York, New York 10022
(212) 909-6000

*Counsel to Plaintiff*

Dated: April ___, 2005

SIMPSON THACHER
& BARTLETT LLP

_____
By: Michael J. Chepiga (MC-4168)
Brijesh P. Dave (BD-5036)
425 Lexington Avenue
New York, New York 10017
(212) 455-2000

*Counsel to Defendants*
*Fox Entertainment Group,*
*Inc., Christos M. Cotsakos,*
*and Peter J. Powers*

It is so ordered:

Louis L. Stanton
_____
Honorable Louis L. Stanton

4/12/05